UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONALD JOHNSON, | ) | Case No. CV 05-5576 GHK(JC) |
| Petitioner, | ) | (PROPOSED) JUDGMENT |
| v. | ) | |
| J.S. WOOFORD, et al., | ) | |
| Respondents. | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: 12/15/10

_____
HONORABLE GEORGE H. KING
UNITED STATES DISTRICT JUDGE